**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                        Plaintiff,                           22 **CIVIL** 4447 (JSR)

        -against-                                **JUDGMENT**
                                        **For Attorney's Fees and Costs**

VICTORY AUTO GROUP LLC D/B/A
VICTORY MITSUBISHI, et al.,

                      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 23, 2025 and Order dated October 1,

2025, Plaintiff is awarded attorney's fees in the amount of $264,561.91 and costs in the amount

of $22,111.18 for a total sum of $286,673.09.

**Dated:** New York, New York
         October 2, 2025

                                      **TAMMI M. HELLWIG**

                                      **Clerk of Court**

              **BY:**

                                      **Deputy Clerk**