**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand twenty-five,

_____

Farah Jean Francois,

        Plaintiff - Appellee,

  v.

Spartan Auto Group LLC,  DBA Victory Mitsubishi,

        Defendant - Appellant,

Victory Auto Group LLC,  DBA Victory Mitsubishi,
John Doe 1-6, Philip Argyropoulos, Diane Argyropoulos,
Stavros Orsaris, Yessica Vallejo, David Perez,

        Defendants.

_____

**ORDER**
Docket No. 25-2810

A notice of appeal was filed on October 31, 2025. The Appellant's Form C due November 14, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 15, 2025, if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court