## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Francois v. Spartan Auto Group LLC                                    Docket No.: 25-2810

Lead Counsel of Record (name/firm) or Pro se Party (name): Ahmad Keshavarz/The Law Office of Ahmad Keshavarz

Appearance for (party/designation): Farah Jean Francois/appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
- [ ] Incorrect.   Please change the following parties' designations:
   Party                                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

- [✔] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.   The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s Ahmad Keshavarz

Type or Print Name: Ahmad Keshavarz

   OR

Signature of pro se litigant: _____

Type or Print Name: _____

- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.