# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2810

**Motion for:** EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND APPENDIX

**Caption [use short title]:** FRANCOIS v. VICTORY AUTO GROUP LLC et al.

**Set forth below precise, complete statement of relief sought:**

Appellants, through counsel, respectfully request an extension of time to file the brief and appendix until April 20, 2026.

**MOVING PARTY:** Spartan Auto Group, LLC d/b/a Victory Mitsubishi
**OPPOSING PARTY:** Ahmad Keshavarz

[ ] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** John L. Russo / J.L. Russo, P.C.
**OPPOSING ATTORNEY:** Ahmad Keshavarz
[name of attorney, with firm, address, phone number and e-mail]

31-19 Newtown Avenue, Suite 500
16 Court Street, #2600

Astoria, N.Y. 11102
Brooklyn, N.Y. 11241

(718) 777-1277 / JLRUSSOPC@GMAIL.COM
(347) 308-4859 / ahmad@newyorkconsumerattorney.com

**Court- Judge/ Agency appealed from:** Southern District of New York / Hon. Jed S. Rakoff

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain): ___

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [X] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency: ___

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [ ] Yes  [X] No  If yes, enter date: ___

**Signature of Moving Attorney:**
_/s/ [signature]_  **Date:** March 6, 2026   **Service:** [X] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------------------X
FARAH JEAN FRANCOIS,

                **Plaintiff,**

- against –                                   Docket No.: 25-2810

SPARTAN AUTO GROUP LLC d/b/a VICTORY
MITSUBISHI, STAVROS ORSARIS, YESSICA
VELLEJO, and DAVID PEREZ,

                **Defendants.**
-------------------------------------------------------------------X

## **DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME**

John L. Russo, an attorney duly admitted before this Court, hereby declares the following:

1. I am the attorney of record for Spartan Auto Group, LLC d/b/a Victory Mitsubishi on this appeal and submit this declaration in support of this motion for an extension of time to file appellant's brief and appendix, which is currently due on March 16, 2026.

2. This is an appeal from a judgment for attorney's fees and costs entered in the United States District Court for the Southern District of New York by the Hon. Jed S. Rakoff on October 2, 2025.

3. An extension until April 20, 2026, is necessary to ensure that counsel can devote sufficient time and attention to the preparation of a thorough and effective brief on behalf of the appellant.

4. Counsel cannot meet the unilaterally imposed schedule which calls for appellant's brief by March 16, 2026

5. The parties have undertaken a mediated effort to resolve the matter under the auspices of the 2nd Circuit's mediation program.

6. The Appellant also requires the additional time requested so that it may consider a settlement of the case prior to perfecting the filed appeal.

7. I have advised Appellee's Attorney Ahmad Keshavarz of our request to extend the time for filing appellant's brief and appendix.

WHEREFORE, it is respectfully requested that the Court extend the time to file the Defendant-Appellant's brief and appendix until April 20, 2026.

Dated: March 6, 2026

Respectfully Submitted,

John L. Russo
For the Defendant/Appellant