# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty-six.

Before:      William J. Nardini,
                *Circuit Judge.*

_____

Farah Jean Francois,

          Plaintiff - Appellee,

   v.

Spartan Auto Group LLC, DBA Victory Mitsubishi,

          Defendant – Appellant.

_____

**ORDER**

Docket No. 25-2810

Appellant moves for a 35-day extension until April 20, 2026, to file the opening brief and appendix. Appellee opposes the motion.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court