**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: November 18, 2026
Docket #: 25-2810
Short Title: Francois v. Victory Auto Group LLC

DC Docket #: 1:22-cv-4447
DC Court: SDNY (NEW YORK CITY)
DC Judge: Jed S. Rakoff

## NOTICE OF DEFECTIVE FILING

On November 17, 2026 the Oral Argument Statement LR 34.1(a), on behalf of the Appellant Spartan Auto Group LLC, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
**_XX__ Missing motion information statement *(T-1080 - Local Rule 27.1)***
**_XX__ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)***
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
______ Defective cover *(FRAP 32)*
    ______ Incorrect caption *(FRAP 32)*
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
______ Incorrect Filing Event

**_XX__ Other: Attorney Andrew B. Schultz is not listed as counsel on this appeal. Additionally, you must file a motion requesting permission for additional attorneys to appear for oral argument.**

**Please correct by filing a motion requesting permission for two attorneys to appear for oral argument by filling out a Motion Information Statement (T-1080 form) and attaching an affidavit explaining why your motion should be granted.**

***Or***

**Refile the oral argument form on behalf of the attorney currently listed on the docket.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **November 20, 2026.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.